IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR352 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| CARMEN L. CARDE, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's memorandum and order entered today, Defendant's "motion to compel" (filing 101), treated as a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, is denied without prejudice.

July 3, 2006.                                    BY THE COURT:

                                                 s/ *Richard G. Kopf*
                                                 United States District Judge